No. 64708.—S. P. Skinner Co., Inc. *v.* United States, protest 60/1601 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.